UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

                Plaintiff,

                                              ORDER
      v.                                         09-CV-1079A

$6,180.00 UNITED STATES CURRENCY,

                Defendant.

---

The above-referenced case was referred to Magistrate Judge Jeremiah J. McCarthy, pursuant to 28 U.S.C. § 636(b)(1)(B). On June 1, 2010, Magistrate Judge McCarthy filed a Report and Recommendation, recommending that claimant's motion to set aside the forfeiture be denied.

The Court has carefully reviewed the Report and Recommendation, the record in this case, and the pleadings and materials submitted by the parties, and no objections having been timely filed, it is hereby

ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons set forth in Magistrate Judge McCarthy's Report and Recommendation, claimant's motion to set aside the forfeiture is denied.

The case is referred back to Magistrate Judge McCarthy for further proceedings.

SO ORDERED.

                                              *s/ Richard J. Arcara*
                                              HONORABLE RICHARD J. ARCARA
                                              UNITED STATES DISTRICT JUDGE

DATED: June 16, 2010